UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hinchliffe Sports Partners, LLC d/b/a Cosmos,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Football Is For The Fans Ltd., et al.,<br><br>                    Defendants. | 1:25-cv-06984 (RA) (SDA)<br><br>ORDER SCHEDULING<br><u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

      Plaintiff and defendant Scott Michaels (collectively, the "parties") are directed to appear for a telephone conference on Wednesday, October 15, 2025, at 10:00 a.m. EDT to discuss the status of the case. At the scheduled time, the parties shall each separately call (855) 244-8681 (from outside the United States: 1-650-479-3207) and enter access code 2319 449 5090. In view of the foregoing, the initial pretrial conference before District Judge Garnett that had been scheduled for October 15, 2025, at 11:00 a.m. is canceled.

**SO ORDERED.**

Dated:      New York, New York
             October 7, 2025

                                                                       */s/ Stewart D. Aaron*
                                                                       _____
                                                                       STEWART D. AARON
                                                                       United States Magistrate Judge