UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hinchliffe Sports Partners, LLC d/b/a Cosmos, | 1:25-cv-06984 (RA) (SDA) |
| Plaintiff, | |
| -against- | **ORDER** |
| Football Is For The Fans Ltd., et al., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is a motion by *pro se* Defendant Scott Michaels ("Michaels") to strike "Plaintiff's filings at ECF Nos. 35-39 and 48." (Michaels' 9/22/25 Mot. to Strike, ECF No. 49.) Michaels purports to bring this motion under Rules 5 and 12(f) of the Federal Rules of Civil Procedure due to an alleged "failure of service." (*See id*. at 1.)

Rule 5 provides no basis for striking the subject filings since that rule addresses serving and filing pleadings and other papers and does not permit the striking of documents from the docket. *See* Fed. R. Civ. P. 5. Moreover, Rule 12(f) is not applicable here. Rule 12(f) provides for striking matters from a pleading. *See* Fed. R. Civ. P. 12(f). The documents that Michaels seeks to strike consist of a memorandum of law (ECF No. 35), declarations (ECF Nos. 36 & 38-39), a court order (ECF No. 37) and a letter (ECF No. 48). These documents are not pleadings.[1] Because there is no legal basis for the relief sought by Michaels, his motion to strike is hereby DENIED.

---

[1] Rule 7(a) defines pleadings to include only the following documents: a complaint; an answer to a complaint; an answer to a counterclaim designated as a counterclaim; an answer to a crossclaim; a third-party complaint; an answer to a third-party complaint; and if the court orders one, a reply to an answer. *See* Fed. R. Civ. P. 7(a).

As "alternative" relief, Michaels requests that the Court "direct Plaintiff to properly serve [the] filings [at ECF Nos. 35-39 and 48] and all future filings, and grant Defendant 14 days from service to file supplemental opposition." (Michaels' 9/22/25 Mot. to Strike at 1.) This request for relief is DENIED AS MOOT, because Michaels had actual notice of all the filings in question[2] and had ample opportunity to respond. Finally, with respect to service of future filings, on September 30, 2025, Michaels consented to receive electronic service and now receives electronic service via the ECF system. (*See* Michaels' Consent, ECF No. 64.)

**SO ORDERED.**

Dated:   New York, New York
October 10, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[2] The Court also notes that Plaintiff served its filings in question upon Michaels. (*See* Pl.'s 10/8/25 Mem., ECF No. 83, at 20-21.)