UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hinchliffe Sports Partners, LLC d/b/a Cosmos,<br><br>        Plaintiff,<br><br>-against-<br><br>Football Is For The Fans Ltd., et al.,<br><br>        Defendants. | 1:25-cv-06984 (RA) (SDA)<br><br>ORDER FOLLOWING<br><u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

  A telephone conference was held yesterday, during which counsel for Plaintiff appeared, but neither individual defendant Scott Michaels ("Michaels") nor counsel for defendants Football Is For The Fans Ltd. and Football Is For The Fans, Inc. appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. No later than October 24, 2025, Plaintiff shall respond to Michaels' motion to substitute or join a necessary party (ECF No. 75). Michaels shall file any reply no later than November 7, 2025.

2. No later than October 30, 2025, Plaintiff shall respond to Michaels' objections and motion to strike (ECF No. 86). Michaels shall file any reply no later than November 13, 2025.

3. No later than October 30, 2025, the parties shall file a letter addressing whether Michaels has consented to the Court having personal jurisdiction over him in this case given his status as plaintiff in related cases pending before the Court. The letter shall not exceed five (5) pages in length.

2

Following yesterday's telephone conference, a request was filed by Michaels to vacate or adjourn the conference (ECF No. 100). Such request is DENIED. In the same filing, Michaels requests that the Court decide the contempt issues on the written record. No later than Monday, October 20, 2025, counsel for Plaintiff shall file a letter to the ECF docket stating whether Plaintiff consents to the Court deciding the contempt issues on the written record, without holding a hearing.

**SO ORDERED.**

Dated:   New York, New York
         October 16, 2025

_____
STEWART D. AARON
United States Magistrate Judge