UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hinchliffe Sports Partners, LLC d/b/a Cosmos,<br><br>                              Plaintiff,<br><br>-against-<br><br>Football Is For The Fans Ltd., et al.,<br><br>                              Defendants. | 1:25-cv-06984 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court are two motions filed by *pro se* Defendant Scott Michaels ("Michaels"): (1) a "SUPPLEMENTAL MOTION FOR FINAL DISMISSAL" (Michaels' 10/18/25 Supp. Mot., ECF No. 104), and (2) a "MOTION TO STRIKE OR DISREGARD THE DECLARATION OF ROBERT M. WASNOFSKI, JR. (ECF No. 84) AND CERTAIN EXHIBITS [AND] REQUEST FOR PROTECTIVE ORDER" (Michaels' 10/9/25 Mot., ECF No. 86). For the reasons set forth below, the first motion is DENIED WITHOUT PREJUDICE and the second motion is DENIED AS MOOT.

First, the supplemental motion for final dismissal argues that the Court lacks personal jurisdiction and that there has been insufficient service of process. (*See* Michaels' 10/18/25 Supp. Mot. at 1-2.) These same arguments are at issue in the appeal currently pending in the Second Circuit, thereby divesting this Court of jurisdiction with respect to such arguments. Thus, for the reasons stated in this Court's prior Order denying without prejudice, among other motions, Michaels' prior motion to dismiss for lack of personal jurisdiction and insufficient service (*see*

10/10/25 Order, ECF No. 91), Michaels' supplemental motion hereby is DENIED WITHOUT PREJUDICE.[1]

Second, Michaels seeks to strike the Declaration of Plaintiff's counsel, Robert M. Wasnofski, Jr., that was filed on October 8, 2025 (the "Wasnofski Declaration"), in connection with the motions that were filed by Michaels at ECF Nos. 49, 50, 53 and 57. (Wasnofski Decl., ECF No. 84.) Because all of the motions to which the Wasnofski Declaration related have been decided,[2] Michaels' motion to strike is DENIED AS MOOT.

**SO ORDERED.**

Dated:    New York, New York
          November 17, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] To the extent that Michaels argues in his supplemental motion for vacatur of the default entered against Football Is For The Fans, Inc. ("FIFTFI"), Michaels does not have standing to raise such an argument, since a corporation, like FIFTFI, cannot appear *pro se*. (*See* 10/10/25 Order, ECF No. 90.)

[2] ECF Nos. 50, 53 and 57 were denied without prejudice due to the pendency of the Second Circuit appeal (*see* 10/10/25 Order, ECF No. 91), and ECF No. 49 was denied because there was no legal basis for the relief sought by Michaels. (*See* 10/10/25 Order, ECF No. 89.)