**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Hinchliffe Sports Partners, LLC d/b/a Cosmos,** | **1:25-cv-06984 (RA) (SDA)** |
| **Plaintiff,** | **ORDER FOR** <br> **TELEPHONE CONFERENCE** |
| **-against-** | |
| **Football is for the Fans Ltd., et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, February 4, 2026, at 11:00 a.m., to address the status and disposition of the case. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:    New York, New York
          January 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge