**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Hinchliffe Sports Partners, LLC d/b/a Cosmos,<br><br>                                    **Plaintiff,**<br><br>            -against-<br><br>Football Is For The Fans Ltd., et al.,<br><br>                                    **Defendants.** | **1:25-cv-06984 (RA) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held yesterday, during which counsel for Plaintiff appeared, but neither individual defendant Scott Michaels ("Michaels") nor any counsel for defendants Football Is For The Fans Ltd. ("FIFTFL") and Football Is For The Fans, Inc. ("FIFTFI") appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. No later than Monday, February 9, 2026, Plaintiff shall serve the three Defendants by mail copies of Plaintiff's filings in support of its motion for a default judgment (*i.e.*, ECF Nos. 134, 135 and 136), and file proof of service on the ECF docket. Plaintiff shall include with such service a copy of this Order.

2. No later than February 26, 2026, Defendants shall file with the Court their opposition, if any, to Plaintiff's motion. Individual defendant Scott Michaels may file his opposition *pro se*, but defendants FIFTFL and FIFTFI must appear by counsel if they wish to put in opposition.

3. The Court hereby notifies the parties that it may conduct this inquest based solely upon the written submissions of the parties. *See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015) (quoting *Action S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2d Cir. 1991)); *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted). To the extent that any party seeks an evidentiary hearing, such party must set forth in its submission the reason why the inquest should not be conducted based upon the written submissions alone, including a description of what witnesses would be called to testify at a hearing and the nature of the evidence that would be submitted.

**SO ORDERED.**

Dated:     New York, New York
           February 5, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2