**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| HINCHLIFFE SPORTS PARTNERS, LLC, d/b/a Cosmos , | ) ) ) | C.A. No. 25-cv-06984-RA-SDA |
| Plaintiff, | ) ) ) | **CONSENT INJUNCTION** |
| v. | ) ) | |
| FOOTBALL IS FOR THE FANS LTD., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Hinchliffe Sports Partners, LLC d/b/a Cosmos ("Cosmos), and Defendants Football Is For The Fans Ltd., Football Is For The Fans, Inc., and Scott Michaels (collectively, "Defendants"), the parties in the above-captioned actions, entered into a Confidential Settlement Agreement ("Settlement Agreement") in which Defendants voluntarily consented to entry of this Permanent Injunction:

IT IS, this 23  day  of June 2026:

ORDERED, ADJUDGED, and DECREED as follows:

1.      This Court has jurisdiction over the subject matter of the action and personal jurisdiction over the parties.

2.      Pursuant to Section 9 of the Settlement Agreement, Defendants authorized Cosmos to seek entry of this Permanent Injunction.

3.      **IT IS HEREBY ORDERED THAT** Defendants, their affiliates, subsidiaries, parents, and their respective officers, agents, servants, attorneys, and employees, and all persons and entities in active concert or participation with them, are hereby immediately **PERMANENTLY ENJOINED** from:

a.      Using any of the following trademarks, any other marks comprised of or incorporating the following marks (collectively, the "Cosmos Marks"), any marks confusingly similar thereto and/or counterfeits thereof, in connection with the trafficking, manufacture, importation, exportation, advertising, marketing, promotion, distributing, offering for sale, and/or sales of any products or services, including the solicitation of investments:

| Reg. No. | Trademark |
|---|---|
| 4202644 | NEW YORK COSMOS |
| 4202645 | NEW YORK COSMOS |
| 3642948 | COSMOS |
| 4202646 | COSMOS |
| 6782622 | |
| 3642933 | |

| | |
|---|---|
| 4194899 | |
| 3451687 | |
| 4522113 | |

b.      Committing any acts calculated to cause the public to believe that any products or services advertised, promoted, marketed, sold, offered for sale or distributed under the Cosmos Marks are sold under the control or supervision of Cosmos when they are not;

c.        Selling, passing off, inducing, or enabling others to sell or pass off any products or services as Cosmos products or services or as products or services produced by or for Cosmos, which are not genuine Cosmos products or services, or are not authorized by Cosmos;

d.        Trafficking, manufacturing, importing, exporting, distributing, advertising, marketing, promoting, offering for sale, and/or selling goods and services, or any labels, stickers, tags, signs, prints, wrappers, packaging, literature, and all other materials bearing the Cosmos Marks;

e.        Infringing any Cosmos Marks, or copying any packaging, label, or other material bearing the Cosmos Marks in connection with the distribution, offer for sale, and/or sale of any product or service without prior authorization from Cosmos;

f.        Using any counterfeit, copy, reproduction, or colorable imitation of any of the Cosmos Marks in connection with the promotion, advertising, offer for sale, or sale of any products or services;

g.        Making or using in connection with the sale of any products or services, a false description or representation including words or other symbols that falsely describe or represent, expressly or impliedly, such products or services as Cosmos products or services, respectively, and from offering such products or services in commerce;

h.        Diluting any of the Cosmos Marks;

i.        Continuing to operate the domains at <nycosmos1970.com> and newyorkcosmosfc.com>, or creating and/or using any domain name that is identical or confusingly similar to the Cosmos Marks;

j.        Claiming ownership over the Cosmos Marks or any team identified by the Cosmos Marks;

k.      Aiding or abetting any other person or entity engaging in or performing any of the acts referred to in paragraphs a through j above.

4.      This court retains jurisdiction over this matter for the purpose of making any further orders necessary or proper for the construction of this Permanent Injunction and the enforcement thereof.

**IT IS SO ORDERED.**

Dated: June 23, 2026

_____

Ronnie Abrams, U.S.D.J.